**DISMISS; and Opinion Filed May 31, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00443-CV

**MICHELE SCHOLS, Appellant**
**V.**
**MICHELL ANNE KIMBALL AND KIMBALL-HICKS PARTNERSHIP, Appellees**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-11-1220**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Richter[1]
Opinion by Justice Richter

On May 13, 2016, appellant Michele Schols filed her motion for voluntary dismissal of appeal, and represented to this Court that the motion was unopposed. We GRANT the motion and DISMISS the appeal. *See* TEX. R. APP. P. 42.1(a).

/Martin Richter/
MARTIN RICHTER
JUSTICE, ASSIGNED

150443F.P05

---

[1] The Hon. Martin Richter, Court of Appeals, Fifth District of Texas at Dallas, Retired, sitting by assignment.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELE SCHOLS, Appellant

No. 05-15-00443-CV　　　V.

MICHELL ANNE KIMBALL AND
KIMBALL-HICKS PARTNERSHIP,
Appellees

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. CV-11-1220.
Opinion delivered by Justice Richter.
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, Michell Anne Kimball and Kimball-Hicks Partnership, recover their costs of the appeal from appellant, Michele Schols.

Judgment entered this 31st day of May, 2016.